DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 MARCH 2015

| | | | |
|---|---|---|---|
| 018P15 | State v. Jose Valvere-Liborio | Def's *Pro Se* Motion for PDR (COA09-296) | Denied |
| 019P15 | State v. Henry Ford Adkins | Def's *Pro Se* Petition for Writ of *Certiorari* to Review Order of COA (COAP14-978) | Dismissed |
| 021P15 | State v. Leon M. Knight, Jr. | 1. Def's *Pro Se* Petition for Writ of *Certiorari* to Review Order of Superior Court of Pasquotank County<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br><br>2. Dismissed as moot |
| 022PA14 | Thomas C. Wetherington v. N.C. Department of Crime Control and Public Safety; North Carolina Highway Patrol | 1. State's Motion for Consolidation<br><br>2. State's Motion to Amend Certificate of Service for Notice of Appearance and Motion to Consolidate<br><br>3. Respondent's Motion to Substitute Party<br><br>4. State's Motion to Appear | 1. Denied<br><br>2. Allowed<br><br><br><br>3. Allowed<br><br><br>4. Denied<br><br>**Ervin, J., recused** |
| 023P15 | State v. Jackie Emmitt Moorehead | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Halifax County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br>2. Allowed<br><br><br>3. Dismissed as moot |
| 030P15 | State v. Crystal Ann Sitosky | 1. State's Motion for Temporary Stay<br><br><br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 (COA14-639) | 1. Allowed<br>**01/20/2015**<br>Dissolved<br>**03/05/2015**<br><br>2. Denied<br><br><br>3. Denied |